IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:23-cr-21 |
| | ) |
| OBINNA NWAFOR, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' WITNESS LIST

The United States provides the following list of potential witnesses who may be called in its case.

1. Judith Anderson
2. I'Eshewayne Bell (Federal Bureau of Investigation)
3. Nikola Blake-Lopez (Citibank)
4. Zachary Chromiak (Bank of America)
5. Special Agent Amy Dougherty (Federal Bureau of Investigation)
6. Jill Ellis (Small Business Administration)
7. Kerri Griffin
8. Special Agent Matt Grimm (U.S. Department of Labor)
9. Laura Hogge
10. Kingsley C. Iheme (Federal Bureau of Investigation)
11. Steve Kirvan (Corporation Service Company)
12. Tawnia Ramirez (Wells Fargo Bank)
13. Richard Shu (HSBC Bank)
14. Special Agent Marc Silski (Federal Bureau of Investigation)
15. Thomas Siska (Federal Bureau of Investigation)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:        /s/      

Brian J. Samuels
Assistant United States Attorney
Alyson C. Yates
Special Assistant United States Attorney
Office of the United States Attorney

721 Lakefront Commons, Suite 300<br>
Newport News, Virginia 23606<br>
Tel. (757) 591-4000 | Fax (757) 591-0866<br>
brian.samuels@usdoj.gov | alyson.yates@usdoj.gov