IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 4:23cr21 |
| v. | ) | |
| | ) | |
| OBINNA NWAFOR, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S EXHIBIT LIST – COURT / COUNSEL COPY**

| Exhibit No. | Exhibit Description | Date Admitted |
|---|---|---|
| | **SBA, VA-SCC, CSC** | |
| 1 | K.G. Partial Application (App. # **5577) | |
| 2 | K.G. Intake Application Summary (App. # **5577) | |
| 3 | K.G. SBA Notes | |
| 4 | K.G. SBA Rapid Finance Application Details (App. # **5577) | |
| 5 | K.G. SBA Rapid Decision (App. # **5577) | |
| 6 | K.G. Loan Documents (App. # **5577) | |
| 7 | K.G. Loan Documents Certificate of Completion | |
| 8 | K.G. Disbursement Bank Information | |
| 9 | UCC-1 K.G. Loan Filed with VA-SCC | |
| 10 | L.H. Application (App # **4312) | |
| 11 | L.H. SBA Notes | |
| 12 | L.H. SBA Rapid Finance Application Details (App # **4312) | |
| 13 | L.H. SBA Rapid Decision (App # **4312) | |
| 14 | L.H. Rapid Intake Form Data Lookup (App # **4312) | |
| 15 | L.H. Loan Documents (App # **4312) | |
| 16 | L.H. Loan Documents Certificate of Completion | |
| 17 | L.H. Disbursement Bank Information | |

| | | |
|---|---|---|
| 18 | UCC-1 L.H. Loan Filed with VA-SCC | |
| 19 | L.H. Loan Statement Sept. 2020 | |
| 20 | Obeva Global Intake Application Summary | |
| 21 | Obeva Global Intake Application (App. # **8731) | |
| 22 | Obeva Global SBA Notes | |
| 23 | Obeva Global Disbursement Bank Information | |
| 24 | Obeva Global Loan Documents (App # **8731) | |
| 25 | Obeva Global Loan Documents Certificate of Completion | |
| | **Banks – HSBC, Citibank, BoA, WF, M&T, Ridgewood, Santander** | |
| 26 | Citibank Business Application for Obeva Global Account # **9505 | |
| 27 | Citibank Wires, Withdrawals, Deposits for Obeva Global Account # **9505 | |
| 28 | Citibank Statements for Obeva Global Account # **9505 | |
| 29 | Citibank Signature Card and Statements for O. Nwafor Account # **1117 | |
| 30 | HSBC Business Account Agreement / Signature Card - Obeva Global | |
| 31 | Certified Copy of Corporate Board Resolutions - Obeva Global | |
| 32 | HSBC Statements Obeva Global for Account # **6096 | |
| 33 | HSBC Wires for Account # **6096 | |
| 34 | HSBC Obeva Global Savings Statements Account # **6100 | |
| 35 | HSBC Obinna Nwafor Savings Statements Account # **0948 | |
| 36 | HSBC Obinna Nwafor Checking Account # **5855 | |
| 37 | Bank of America Signature Cards Joint Account # **6157 | |
| 38 | Bank of America Statements Joint Account # **6157 | |
| 38A | CD – Bank of America Wire Spreadsheets | |
| 39 | Wells Fargo Business Account Application for Obeva Global Account # **1102 | |
| 40 | Wells Fargo Statements for Obeva Global Account # **1102 | |
| 41 | Wells Fargo Deposits with Offsets Account # **1102 | |
| 42 | Wells Fargo Wire Full Transaction Report Re: Account # **1102 | |
| 43 | Ridgewood Savings Bank Certification | |
| 44 | Ridgewood Savings Bank Appl. and Signature Cards for Obeva Global Account # **3288 | |

| | | |
|---|---|---|
| 45 | Ridgewood Bank Statements O. Nwafor (Acct. # **3337), Obeva Global (Acct. # **3288), and Obeva Global Savings (Acct. # **1446) | |
| 46 | Santander Bank Certification | |
| 47 | Santander Letter | |
| 48 | Santander Bank Application for Obeva Global | |
| 49 | Santander Bank Corp. Records for Obeva Global | |
| 50 | Santander Statements Obeva Global Account # **6787 | |
| 51 | M&T Bank Cert. of Authenticity - Judith Anderson | |
| 52 | M&T Statements - Judith Anderson (Account # **9822) | |
| 53 | Spreadsheet - Kerri Griffin Loan Disposition | |
| 53A | Summary Chart - Kerri Griffin SBA Loan | |
| 54 | Spreadsheet - Laura Hogge Loan Disposition | |
| 54A | Summary Chart - Laura Hogge SBA Loan | |
| 55 | Spreadsheet - Unemployment Benefits - O. Nwafor Personal Account Ridgewood Savings | |
| 56 | Spreadsheet - Unemployment Benefits - Obeva Global Account - HSBC Bank | |
| 57 | Spreadsheet - Unemployment Benefits - Obeva Global Account - Ridgewood Savings | |
| 58 | Spreadsheet - Unemployment Benefits - Obeva Global Account - Santander Bank | |
| 59 | Spreadsheet - Unemployment Benefits - Obeva Global Account - Wells Fargo Bank | |
| 60 | Spreadsheet - Unemployment Benefits - Obeva Global Account - Citibank | |
| 61 | Spreadsheet - Summary of Unemployment Benefits deposited to O. Nwafor Accounts | |
| | **Translated Calls/Chats** | |
| 62 | CD – WhatsApp Calls # 1-7 (7 audio files) | |
| 63 | FBI Report of Translation (unredacted) | |
| 64 | FBI Report of Translation (redacted) | |
| 65 | *Audio* – Wells Fargo Call # 1 | |
| 66 | *Audio* – Wells Fargo Call # 2 | |
| | **Phone Records** | |
| 67 | I. Bell CART Report for Two Cell Phones (QNF6) and (QNF7) | |

| | | |
|---|---|---|
| 68 | **iPhone QNF6 - *Physical Evidence*** | |
| 69 | Photograph - iPhone QNF6 | |
| 70 | Preliminary Cellebrite Device Report for QNF6 | |
| 71 | Internet History (7/19/2020): SBA Disaster Loan Assistance | |
| 72 | Text Message (8/11/2020): Unemployment Income | |
| 73 | Internet History (7/22/2020): NY Labor Login Page | |
| 74 | Text Message Chain (starting 7/21/2020): NY Dept. of Labor benefits | |
| 75 | Email to Dire Nnamdi with Wells Fargo Screenshots (7/17/2020) | |
| 76 | Partial Contacts List | |
| 77 | Messages with Dire Nnamdi (WhatsApp and Texts) (beginning 7/7/2020) | |
| 78 | WhatsApp Messages with Chidi Ochiabuto, with Images (beginning 7/4/2020) | |
| 79 | (6/15/2020) Email with O. Nwafor Driver's License Images | |
| 80 | Email re Proof of NY Unemployment Insurance (3/22/2021) | |
| 81 | Select Web History for QNF6 | |
| 82 | Image File: Hobis Kiddis Registration Documents (10/2019) | |
| 83 | Image File: Hobis Kiddis Certificate of Incorporation (10/2019) | |
| 84 | Message Chain with "Amalinze Wife HSBC" (beginning 2/19/2021) | |
| 85 | WhatsApp Message: Payment from Opigbo Ohurh (scrambled) (8/12/20) | |
| 86 | WhatsApp Message: O. Nwafor Passport Photos (8/12/20) | |
| 87 | WhatsApp Message to Dire Nnamdi re FCMB Account Transfer (7/7/2020) | |
| 88 | Text Message to Ibe with Ridgewood Account Information (6/20/2020) | |
| 89 | **Samsung QNF7 - *Physical Evidence*** | |
| 90 | Photograph – Samsung QNF7 | |
| 91 | Preliminary Cellebrite Device Report for QNF7 | |
| 92 | Access Bank Transaction Receipt for Hobi's Kiddis World Investment LTD (9/19/21) | |
| 93 | Application for Registration Hobi's Superstore (5/14/21) | |
| 94 | Hobi's Superstore Certificate of Registration (5/14/21) | |
| 95 | Hobi's World Investment LTD Receipt of Payment (12/6/21) | |
| 96 | FCMB Account Statement Hobi's Kiddis World Investment LTD (1/7/2021) | |

                Respectfully submitted,

                Jessica D. Aber
                United States Attorney

By:        /s/
                Brian J. Samuels
                Assistant United States Attorney
                Alyson C. Yates
                Special Assistant United States Attorney
                Attorneys for the United States of America
                United States Attorney's Office
                Fountain Plaza Three, Suite 300
                721 Lakefront Commons
                Newport News, Virginia 23606
                Telephone: (757) 591-4000
                Facsimile: (757) 591-0866
                Brian.Samuels@usdoj.gov
                Alyson.Yates@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on September 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to counsel of record:

    Joseph S. Camden, Esquire
    Paul Gill, Esquire
    Office of the Federal Public Defender
    701 E. Broad Street, Suite 3600
    Richmond, VA 23219
    Email: Joseph_Camden@fd.org
    Email: Paul_Gill@fd.org

    /s/
Brian J. Samuels
Assistant United States Attorney
Alyson C. Yates
Special Assistant United States Attorney
Attorneys for the United States of America
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: (757) 591-4000
Facsimile: (757) 591-0866
Brian.Samuels@usdoj.gov
Alyson.Yates@usdoj.gov