IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:23-cr-21 |
| | ) |
| OBINNA NWAFOR, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' REVISED WITNESS LIST

The United States provides the following list of potential witnesses who may be called in its case.

1. Judith Anderson
2. I'Eshewayne Bell (Federal Bureau of Investigation)
3. Nikola Blake-Lopez (Citibank)
4. Zachary Chromiak (Bank of America)
5. Special Agent Amy Dougherty (Federal Bureau of Investigation)
6. Jill Ellis (Small Business Administration)
7. Kerri Griffin
8. Special Agent Matt Grimm (U.S. Department of Labor)
9. Laura Hogge
10. Kingsley C. Iheme (Federal Bureau of Investigation)
11. Steve Kirvan (Corporation Service Company)
12. Tawnia Ramirez (Wells Fargo Bank)
13. Richard Shu (HSBC Bank)
14. Special Agent Marc Silski (Federal Bureau of Investigation)
15. Thomas Siska (Federal Bureau of Investigation)
16. Devon Veney

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
Brian J. Samuels
Assistant United States Attorney
Alyson C. Yates
Special Assistant United States Attorney

Office of the United States Attorney
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Tel. (757) 591-4000 | Fax (757) 591-0866
brian.samuels@usdoj.gov | alyson.yates@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing (NEF) to counsel of record:

Joseph S. Camden, Esquire
Paul Gill, Esquire
Office of the Federal Public Defender
701 E. Broad Street, Suite 3600
Richmond, VA 23219
Email: Joseph_Camden@fd.org
Email: Paul_Gill@fd.org

/s/
Brian J. Samuels
Assistant United States Attorney
Alyson C. Yates
Special Assistant United States Attorney
Attorneys for the United States of America
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: (757) 591-4000
Facsimile: (757) 591-0866
Brian.Samuels@usdoj.gov
Alyson.Yates@usdoj.gov